■ JOAN H. FERLITO, Individually and as Administratrix of the Estate of JAMES J. FERLITO, JR., Deceased, Respondent, v TANVIR M. DARA, M.D., et al., Defendants, and JOHN D. UR-SCHEL, M.D., Appellant. [761 NYS2d 902] —Appeal from that part of an order of Supreme Court, Erie County (Martoche, J.), entered August 2, 2002, that denied the motion of defendant John D. Urschel, M.D. seeking summary judgment dismissing the amended complaint against him.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs.

Memorandum: Supreme Court properly denied the motion of John D. Urschel, M.D. (defendant) seeking summary judgment dismissing the amended complaint against him. The conflicting opinions of the experts for plaintiff and defendant with respect to causation and defendant's alleged deviation from the accepted standard of medical care present credibility issues that cannot be resolved on a motion for summary judgment (*see Gedon v Bry-Lin Hosps.,* 286 AD2d 892, 894 [2001], *lv denied* 98 NY2d 601 [2002]). Present—Pine, J.P., Hurlbutt, Gorski, Lawton and Hayes, JJ.

■ MANUEL VETTI, JR., Respondent, v AUBIN CONTRACTING & RENOVATION et al., Defendants, and HUNT BROS. CONTRAC-TORS, INC., Appellant. (Appeal No. 1.) [761 NYS2d 902] —Appeal from that part of an order of Supreme Court, Herkimer County (Daley, J.), entered July 31, 2002, that granted plaintiff judgment against defendant Hunt Bros. Contractors, Inc. upon a decision of the court.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nuss-baumer, Clarke & Velzy,* 140 AD2d 988 [1988]; *Chase Manhat-tan Bank v Roberts & Roberts,* 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Pine, J.P., Hurlbutt, Gorski, Lawton and Hayes, JJ.